FOURNET, C. J., is of the opinion that the trial judge's ruling is correct.

SUMMERS, J., is of the opinion the judgment of the trial court is correct and therefore dissents.

186 So.2d 615

**STATE of Louisiana**

v.

**Jack C. FRUGÉ.**

No. 47954.

March 28, 1966.

Rehearing Denied June 6, 1966.

Jack P. F. Gremillion, Atty. Gen., William P. Schuler, Asst. Atty. Gen., Sargent Pitcher, Jr., Dist. Atty., Ralph L. Roy, Asst. Dist. Atty., for appellant.

Gravel & D'Angelo, Camille F. Gravel, Jr., Alexandria, for defendant-appellee.

HAMITER, Justice.

For the reasons assigned in 249 La. 332, 186 So.2d 611, the judgment of the district court in the instant cause is reversed and set aside, the defendant's demurrer and motion to quash are overruled, and this case is remanded for further proceedings according to law and in keeping with the views expressed.

FOURNET, C. J., is of the opinion that the trial judge's ruling is correct.

SUMMERS, J., dissents.